UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:15-21516-CIV-ALTONAGA/O'SULLIVAN

RUBEN DARIO QUINTERO and JESUS )
QUINTERO and all others similarly situated )
under 29 U.S.C. 216(b), )
)
        Plaintiff, )
vs. )
)
FLEMING TRUCK SALES, CORP, )
SANFER TRUCKS CORP, )
FLEMING EQUIPMENT CORP, )
LUIS F CACEDA a/k/a FERNANDO )
CACEDA, )
STEPHEN J CACEDA, )
SANDRA CACEDA, )
)
        Defendants. )
_____ )

## PLAINTIFFS STATEMENT OF CLAIM

Plaintiffs Ruben Dario Quintero and Jesus Quintero hereby file their Statement of Claim in the instant matter, as follows:

**I.**    **RUBEN DARIO QUINTERO**

   a.    **Federal Overtime Claim**

      1.    Period of Claim:    June 6, 2009 through March 5, 2014

      2.    Weeks:    252

      3.    Hourly Rate:    $13.85

      4.    Halftime overtime rate for hours over 40 not compensated: $6.92

      5.    Approximate hours worked over 40 per week:    30

      6.    Calculation of overtime wages unpaid and owed: $6.92/hr x30 hrs/wk x 252/wks=$52,315.20.

      7.    *Double Damages: $ 52,315.20x 2 = $104,630.40*

II. **JESUS QUINTERO**

    a. **Federal Overtime Claim**

        1. Period of Claim: December 5, 2006 through July 15, 2014

        2. Weeks: 397

        3. Hourly Rate: $13.85

        4. Halftime overtime rate for hours over 40 not compensated: $6.92

        5. Approximate hours worked over 40 per week: 30

        6. Calculation of overtime wages unpaid and owed: $6.92/hr x30 hrs/wk x 397/wks=$82,417.20

        7. *Double Damages: $ 82,417.20 x 2 = $164,834.40*

III. **Total Combined Overtime Claim**

    **Total Claim: $269,464.80**

**Dated** May 21, 2015.                    Respectfully submitted,

                                                                   /s/Steven C. Fraser  
                                                                   Steven C. Fraser, Esq.  
                                                                   Fla. Bar No. 625825  
                                                                   J.H. Zidell, P.A.  
                                                                   Attorney for Plaintiff  
                                                                   300 71st Street #605  
                                                                   Miami Beach, Florida 33141  
                                                                   Tel: (305) 865-6766  
                                                                   Fax: (305) 865-7167  
                                                                   Email: steven.fraser.esq@gmail.com

CERTIFICATE OF SERVICE

      I hereby certify that on May 21, 2015 I electronically filed the foregoing PLAINTIFFS" STATEMENT OF CLAIM with the Clerk of Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.   As of May 21, 2015, no parties have appeared.

      __/s/Steven C. Fraser__

Steven C. Fraser, Esq.
Fla. Bar No. 625825
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com