# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| RUBEN DARIO QUINTERO, JESUS QUINTERO and all others similarly situated under 29 U.S.C. 216(b), <br><br>    Plaintiff, <br> vs. <br><br>FLEMING TRUCK SALES, CORP, <br>SANFER TRUCKS CORP, <br>FLEMING EQUIPMENT CORP, <br>LUIS F CACEDA a/k/a FERNANDO CACEDA, <br>STEPHEN J CACEDA, <br>SANDRA CACEDA, <br><br>    Defendants. | CASE NO:1:15-cv-21516-CMA |

**ELECTION AND CONSENT OF ASSIGNMENT OF ALL MATTERS, PROCEEDINGS AND MOTIONS THROUGH AND INCLUDING TRIAL TO UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C., Section 636(c), the parties to the above-captioned civil matter, by and through undersigned counsel, hereby voluntarily elect and consent to the assignment of all matters, proceedings and motions to United States Magistrate Judge, including Trial by a jury and the entry of final judgment thereon.

_7/27/15_____    ____/s/ Steven C. Fraser _____
(Date)                    (Signature-Plaintiffs' Counsel)

__7/27/15 ____    _____/s/Gary Costales _____
(Date)                    (Signature–Defendants' Counsel)