UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-21516-CIV-ALTONAGA/O'SULLIVAN

RUBEN DARIO QUINTERO, et al.,

    Plaintiffs,

v.

FLEMING TRUCK SALES CORP., et al.,

    Defendants.

_____/

## ORDER

THIS MATTER is before the Court sua sponte following a review of the docket. On May 21, 2015, the plaintiffs filed the Plaintiffs Statement of Claim (DE# 9, 5/21/15). To date, the defendants have not filed their response to the Plaintiffs Statement of Claim (DE# 9, 5/21/15). Accordingly, it is

ORDERED AND ADJUDGED that on or before **Thursday, August 6, 2015** at **noon**, the defendants shall file their response to the Plaintiffs Statement of Claim (DE# 9, 5/21/15).

**DONE AND ORDERED** in Chambers at Miami, Florida this **4th** day of August, 2015.

                                                _____
                                              JOHN J. O'SULLIVAN
                                              UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Altonaga
All counsel of record