## Page 1

```
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA
                  MIAMI DIVISION
           CASE NO.: 10-CIV-21516-ALTONAGA

RUBEN DARIO QUINTERO and
JESUS QUINTERO and all
others similarly situated
under 29 U.S.C. 216(b),

      Plaintiffs,

vs.

FLEMING TRUCK SALES CORP.,
SANFER TRUCKS CORP.,
FLEMING EQUIPMENT CORP.,
LUIS F. CACEDA, a/k/a
FERNANDO CACEDA,
STEPHEN J. CACEDA,
SANDRA CACEDA,

      Defendants.
_____/

           1200 Brickell Avenue,
           Miami, Florida,
           Thursday, 11:10 a.m.,
           October 15, 2015.


           TELEPHONIC DEPOSITION

                    of

              JESUS QUINTERO

       taken on behalf of the Defendants
   pursuant to a Notice of Taking Telephonic Deposition
                   - - -
```

## Page 2

```
 1   APPEARANCES:
 2
        J. H. ZIDELL, P.A., by
 3      STEVEN FRASER, Esq., of counsel,
        Attorneys for Plaintiffs.
 4
 5      GARY A. COSTALES, Esq.
        Attorney for Defendants.
 6
 7   ALSO PRESENT:
 8
        Luis Fernando Caceda
 9      Ricardo Leon
        Carlos Diaz, Interpreter
10      Gail Davis, Notary Public [Telephonically.]
        Officer Gary Franklin [Telephonically.]
11
                    - - -
12
13
14            I N D E X
15
     WITNESS        DIRECT  CROSS  REDIRECT  RECROSS
16
     JESUS QUINTERO
17    (By Mr. Costales)  3
18
19
            EXHIBITS
20
21   DEFENDANTS'         FOR IDENTIFICATION
22
23
       1, 2             53
24
25
```

## Page 3

```
 1        MR. COSTALES:  Do you have somebody who can
 2   swear you in?
 3        THE WITNESS:  There's a prison official
 4   here.
 5        MR. COSTALES:  All I need is a notary.
 6        THE WITNESS:  Can I pass him on so you can
 7   speak with him?
 8        MR. COSTALES:  Yes.
 9        THE WITNESS:  Okay.
10        MR. COSTALES:  I think that my secretary
11   said that there's a notary that can swear him in.
12        OFFICER FRANKLIN:  Yes, but not on my unit.
13   She has -- she's in the F Unit now, so I don't know.
14        MR. COSTALES:  There's no notary there?
15        OFFICER FRANKLIN:  Not down here.  He's in
16   my building, yes.
17        MR. COSTALES:  Okay.  Well, you want to
18   swear him in on the phone?  You can't do that?
19        OFFICER FRANKLIN:  If there's no
20   inconvenience, it will take five minutes to walk up
21   to my unit, and my secretary --
22        MR. COSTALES:  Yes.  We need a notary to
23   swear him in.
24        OFFICER FRANKLIN:  Okay.  I'll call the
25   front entry and tell them, and they'll call in.
```

## Page 4

```
 1        [Short recess taken.]
 2        MR. COSTALES:  This is the attorney, Gary
 3   Costales, but you are a notary?
 4        MS. DAVIS:  Yes.
 5        MR. FRASER:  For the State of Georgia,
 6   right?
 7        MS. DAVIS:  Correct.
 8        MR. COSTALES:  Could you go ahead and swear
 9   in the witness?
10        We're going to take Mr. Quintero's
11   deposition.
12        MS. DAVIS:  Yes.
13        MR. COSTALES:  So we need a notary to swear
14   him in.
15        He has to raise his right hand.
16        MS. DAVIS:  Yes.
17        MR. COSTALES:  And he raised his right hand
18   to swear?
19        MS. DAVIS:  Yes.
20   Thereupon:
21              JESUS QUINTERO
22   was called as a witness and, having been duly sworn
23   by Gail Davis, Notary Public, was examined and
24   testified through the interpreter as follows:
25        MR. COSTALES:  All right.
```

1 (Pages 1 to 4)

```
 1            Mr. Franklin, are you now going back down
 2   to the other room?
 3            THE WITNESS:  No.  He's staying right here.
 4            MR. COSTALES:  Why are we on -- all right.
 5   We're going to call you right back on a land line.
 6            OFFICER FRANKLIN:  Okay.
 7            MR. COSTALES:  All right.
 8        [CARLOS DIAZ was duly sworn to truly and
 9   faithfully interpret all questions posed to the
10   witness and all answers given by the witness.]
11             DIRECT EXAMINATION
12   BY MR. COSTALES:
13        Q.  Okay, Mr. Quintero.
14        A.  Yes.
15        Q.  Could you state and spell your full name
16   for the record?
17        A.  Jesus Hernando Quintero.
18            THE INTERPRETER:  You want him to spell it,
19   right?
20        Q.  Yes.  Spell it.
21        A.  J-E-S-U-S.  The other one is Hernando,
22   H-E-R-N-A-N-D-O; Quintero, Q-U-I-N-T-E-R-O.
23        Q.  Mr. Quintero, have you ever been known by
24   any other names?
25        A.  Chucho.
```
Page 5

```
 1        A.  No.
 2        Q.  Did you talk to your brother about your
 3   deposition?
 4        A.  No.
 5        Q.  Now, where are you located presently?
 6        A.  I am imprisoned.
 7        Q.  Okay.  Do you know when you expect to
 8   return to Florida?
 9        A.  I don't know.
10        Q.  You said that you sued Fernando Caceda for
11   hours that are owed in overtime.  Correct?
12        A.  Yes.
13        Q.  Do you know who else was sued in your
14   lawsuit?
15        A.  Yes.
16        Q.  Who else is in the lawsuit?
17        A.  Ruben Quintero.
18        Q.  Is that it?
19        A.  Yes.
20        Q.  Do you know all the companies that you
21   sued?
22        A.  Yes.
23        Q.  What companies?
24        A.  Fleming USA; Fleming Truck Sales; Sanfer.
25   Sanfer and FTS, which is the same thing.
```
Page 7

```
 1        Q.  Okay.  Can you spell it, please?
 2        A.  C-H-U-C-H-O.
 3        Q.  Okay.  Is "Chucho" just a nickname?
 4        A.  Yes.
 5        Q.  Okay.  What is your date of birth?
 6        A.  April 4, 1958.
 7        Q.  Okay.  What is your home address?
 8        A.  11971 Southwest Seventh Street, Miami,
 9   Florida, 33184.
10        Q.  Now, you filed a lawsuit against Fleming
11   Truck and Fernando Caceda.  Is that correct?
12        A.  Yes, sir.
13        Q.  Why did you file that lawsuit?
14        A.  Because I did a lot of overtime hours that
15   were not paid.
16        Q.  If you don't understand a question, please
17   ask me to repeat the question.
18        A.  Okay.
19        Q.  Also, you have to give verbal responses to
20   all the questions, because we can't -- we're here,
21   obviously, on the phone, and we can't understand any
22   nonverbal responses.
23        A.  Okay.
24        Q.  Did you talk to anybody in preparation for
25   your deposition other than your attorney?
```
Page 6

```
 1        Q.  Okay.  Who ran Fleming Truck Sales?
 2            THE INTERPRETER:  Oh, yes.
 3        Who was running the company, or running the
 4   trucks?
 5        Q.  Who was running the company?
 6        A.  Fernando Caceda.
 7        Q.  Who was running Sanfer Trucks?
 8        A.  Fernando Caceda.
 9        Q.  ==Do you know what involvement Stephen Caceda
10   had with any of the companies that you sued?==
11        A.  ==I think Sanfer was under his name.==
12        Q.  ==Okay.  Did Stephen Caceda work in Sanfer
13   Trucks every day?==
14        A.  ==He was going to the university every day,
15   and he would come by the office a little bit.==
16        Q.  ==Okay.  How often did Stephen Caceda go by
17   the office?==
18        A.  ==I wouldn't see him, because the office was
19   in one place and the warehouse in another.==
20        Q.  ==Okay.  So you don't know how often Stephen
21   Caceda was at the office of Sanfer or Fleming.  Is
22   that correct?==
23        A.  ==No.==
24        Q.  ==Do you know if Stephen Caceda had anything
25   at all to do with how much you were paid?==
```
Page 8

2 (Pages 5 to 8)

```
 1      A.  I don't know, because Fernando was the one
 2  who was paying.
 3      Q.  Okay.  Do you know Sandra Caceda?
 4      A.  Yes.
 5      Q.  Do you know what involvement, if any, she
 6  had in either Fleming Truck or Sanfer?
 7      A.  Yes.  She would also go to work there.
 8      Q.  How often was she there?
 9      A.  I couldn't say how frequently.  She was in
10  an office and I was in a warehouse.  I was in one
11  place, and she was in another.
12      Q.  Do you know what she did for Sanfer Trucks?
13      A.  I don't know.
14      Q.  Do you know what she did for Fleming Truck
15  Sales?
16      A.  Paperwork, I think.  I'm not very sure.
17      Q.  You don't know exactly what she did for any
18  Fleming Truck company or Sanfer.  Correct?
19      A.  No, because I was at the warehouse.
20      Q.  Let me see the pleading there.
21          Have you ever heard of a company called
22  Fleming Equipment Corp.?
23      A.  Fleming Equipment?  Yes, I have heard.
24      Q.  Okay.  Did you work for Fleming Truck
25  Sales, Corp.?  Is that correct?
```

Page 9

```
 1          THE INTERPRETER:  I'm sorry.  Fleming --
 2          MR. COSTALES:  Fleming Truck Sales, Corp.
 3          THE WITNESS:  I really don't know, but I
 4  was working for them, but they would change company
 5  every once in a while, so they would change the
 6  checks, so I don't know.
 7      Q.  You don't know who you worked for?
 8      A.  Correct.  Fleming USA; Fleming Truck Sales.
 9  These are the checks they were.
10      Q.  Did you say Fleming USA, like U.S.A.?
11      A.  Yes.
12      Q.  Okay.  So your checks came from Fleming
13  USA, and what other companies?
14      A.  FTS, and that's Fleming Truck Sales, and
15  Sanfer.
16      Q.  Okay.  What is A.Q. Services?
17      A.  That was a fictitious name.
18      Q.  Okay.  Who created that fictitious name?
19      A.  That was created by Ricky Leon, because he
20  said that had to be done after Fernando lost the
21  lawsuit and went into bankruptcy.  He made out a
22  fictitious name for everybody.
23          The name "A.Q." had to do with my wife, who
24  worked part-time, and she's Ana Quintero.
25      Q.  When did you -- okay.
```

Page 10

```
 1      A.  Yes.
 2      Q.  Okay.
 3      A.  And "Electrical Services" had to be related
 4  to the work I was doing in order to be able to do the
 5  billing.
 6      Q.  Could you repeat that?
 7      A.  Okay.  All of it, or what would you like me
 8  to repeat?
 9      Q.  All of it.
10      A.  Okay.
11          "A.Q." stands for Ana Quintero.  "Electric
12  Services" was the work I was doing.
13          That fictitious name was created by Ricky
14  Leon in order to be able to do the billing under
15  their name, so that it could favor Ana and myself.
16          They would receive the billing, then, of
17  what I was doing; what we were doing.
18      Q.  Okay.  So, in other words, you would do
19  work and then get paid through A.Q. Services?
20      A.  No, sir.  I was working full time with
21  Mr. Fernando Caceda.
22      Q.  Who came up with that name?
23      A.  Ricky Leon.
24      Q.  Who was Ricky Leon?
25      A.  He's the one who works the computers at the
```

Page 11

```
 1  office.
 2      Q.  Who does he work for?
 3      A.  For Fernando Caceda.
 4      Q.  What is Cali Truck Station?
 5      A.  Cali Truck Station was a fictitious name.
 6      Q.  Did you know there was also a corporation?
 7      A.  Under whose name?
 8      Q.  Who came up with the name Cali Truck
 9  Station?
10      A.  Could you repeat the question, please?
11      Q.  Who came up with the name Cali Truck
12  Station?
13      A.  Cali Body Station was a fictitious name.
14  We were going to work with my family, and all of
15  them, we were all going to work in body work and
16  mechanics.
17      Q.  Okay.
18      A.  So, then, later, when we went to the
19  accountant, we told her we wanted to put together a
20  corporation.
21          That's when we decided to change the name;
22  and that's where we opened, with my wife, Cali Truck.
23  That's where we opened, with my wife, Cali Trucks.
24      Q.  Okay.  Let me get this straight.
25          You put together Cali Truck Station when
```

Page 12

3 (Pages 9 to 12)

FRIEDMAN, LOMBARDI & OLSON
305-371-6677

2c1dd10d-8600-4f16-ada0-bd265f63f7d8