```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                     MIAMI DIVISION
            CASE NO. 10-CIV-21516-ALTONAGA
```

RUBEN DARIO QUINTERO and JESUS
QUINTERO and all others and similarity
Situated under 29 U.S.C. 216 (b),

Plaintiffs,

Vs.

FLEMING TRUCK SALES CORP.,
SANFER TRUCKS CORP.,
LUIS F. CACEDA a/k/a FERNANDO
CACEDA, STEPHEN J. CACEDA, SANDRA
CACEDA,

Defendants

_____/

DEPOSITION

OF

RUBEN DARIO QUINTERO

Taken before Katherine Bohannon, Professional Reporter and Notary Public for the State of Florida at Large, pursuant to Notice of Taking Deposition filed in the above cause.

```
 1      A.    The last time, 15 years.
 2      Q.    Do you have kids?
 3            MR. FRASER:  Object to the form.
 4      A.    Two.
 5      Q.    (BY MR. COSTALES)  How old are they?
 6      A.    39 and 40.
 7      Q.    Did your wife or your kids work for Cali Truck
 8   Station Corp.?  You have to give a verbal.
 9      A.    No.
10      Q.    Did your wife or any of your children ever work
11   for Fernando Caceda or Fleming Truck or Steven Caceda or
12   Sanfer Truck?  Sanfer Truck or Steven Caceda?
13      A.    No.
14      Q.    Do your children work in the trucking business?
15            MR. FRASER:  Object to the form.
16      A.    No.
17      Q.    (BY MR. COSTALES)  What do your children do?
18            MR. FRASER:  Object to the form.
19      A.    Do I have to answer all those questions?  That
20   is my son's privacy.
21      Q.    (BY MR. COSTALES)  Yes.  Well, do they work for
22   a living?
23      A.    Of course they do.
24      Q.    What do they do?
25      A.    Dental assistant.
```

```
 1   it.  Do you recall that you took an oath to testify
 2   truthfully at the trial in December 2011?
 3        A.   I do not recall.
 4        Q.   Do you recall that there was a translator there?
 5        A.   Possibly, yes.
 6        Q.   When did you ever work for Sanfer Trucks?
 7        A.   When we moved Mr. Caceda from Doral to Kendall.
 8        Q.   Okay.  When was that?
 9        A.   I do not recall.  I believe that was in 2011 or
10   2012.  About two years ago, something like that.  I am
11   not quite sure.
12        Q.   In 2012 is when you worked for Sanfer?
13        A.   Yeah, that's when they opened the new
14   corporation.
15        Q.   Okay.  And when did you stop working for Sanfer?
16        A.   March 2014.  That was the last check I received
17   from them.
18        Q.   Okay.  When did you work for Fleming Truck?
19        A.   In 2006.
20        Q.   And when did you stop working for Fleming Truck?
21        A.   When Sanfer was finished.  What I mean is when
22   Fleming was finished then I started working with Sanfer.
23   It changed names.
24        Q.   ==Okay.  But Sanfer was run by Steven Caceda,==
25   ==correct?==
```

```
 1      A.   Mr. Caceda was the one who did 100 percent of
 2   things.  Maybe his son's name appeared there, but he
 3   never showed up because he goes to college full time.
 4      Q.   Okay.  Did Steven Caceda have anything to do
 5   with your pay?
 6      A.   Never.  It was always Mr. Luis Caceda.
 7      Q.   Okay.  So Steven Caceda didn't run the business,
 8   correct?
 9      A.   No.
10      Q.   He didn't run Sanfer Truck?
11      A.   No.
12      Q.   And do you know Sandra Caceda?
13      A.   Yes.  That's Mr. Caceda's wife.
14      Q.   Okay.  And what was her role in the business,
15   any business?
16      A.   At the beginning of the year, she worked with
17   Fleming at the office.
18      Q.   Do you know what she did?
19      A.   I don't know what she did in the office.
20      Q.   Do you know if she had anything to do with your
21   pay?
22      A.   No.
23      Q.   And when you say, "the beginning of the year,"
24   what year are you talking about?
25      A.   When I started, she was already there.
```

```
 1      Q.    What year was that?
 2      A.    2009 or beginning of 2010, something like that.
 3   They've been there for a while.
 4      Q.    Okay.  Did she work in the business -- okay.
 5   You said that you worked for Sanfer Trucks between 2012
 6   and March 2014, correct?
 7      A.    Correct.
 8      Q.    Okay.  Now, do you know if Sandra Caceda worked
 9   for Sanfer Trucks during that time?
10      A.    I don't know because I never saw her there and I
11   never saw her in the office.
12      Q.    Okay.  And do you know what month in 2012 you
13   started working for Sanfer?
14      A.    I do not recall.  You know.
15      Q.    Do you know if there's a difference between
16   Fleming Truck Sales Truck Corp. and Fleming Equipment
17   Corp.?
18      A.    I have no idea about that new corporation.
19      Q.    The new corporation is Fleming Truck Corp.,
20   correct?
21      A.    I don't know.  They are the ones who know.
22      Q.    Do you know if you ever worked for Fleming
23   Equipment Corp.?
24      A.    No, because I finished on March 2014, and they
25   probably formed that corporation after 2014.
```