UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-21516-CIV-ALTONAGA/O'Sullivan

**RUBEN DARIO QUINTERO**, *et al.*,

    Plaintiffs,
v.

**FLEMING TRUCK SALES CORP.**, *et al*.,

    Defendants.
_____/

**<u>ORDER</u>**

**THIS CAUSE** came before the Court upon Plaintiffs, Ruben Dario Quintero, *et al.*'s (collectively, "Plaintiffs[']") Motion for Extension of Time to File Motion for Summary Judgment ("Motion") [ECF No. 67], filed January 18, 2015. On November 5, 2015, the Court amended the pre-trial schedule and set the deadline for pre-trial motions as January 15, 2016. (*See* Order [ECF No. 60]). On January 14, 2016, Defendants, Fleming Truck Sales Corp., *et al.* (collectively, "Defendants"), filed an unopposed motion to extend the pre-trial motions deadline. (*See* Unopposed Motion . . . ("Motion to Extend") [ECF No. 63]), which the Court did not grant by January 15, 2016. Therefore, Defendants timely filed a Motion for Summary Judgment . . . ("Defendants' Motion") [ECF No. 64] on January 15, 2016; Plaintiffs did not. On January 16, 2016, Defendants withdrew the Motion to Extend. (*See* [ECF No. 66]).

The Motion implies Plaintiffs deserve an extension because they did not file a timely motion for summary judgment in reliance on the Motion to Extend, and that they were caught off guard when the Motion to Extend was withdrawn "without Plaintiffs [sic] knowledge." (Mot. 2). The fact of the matter is the deadline to file pre-trial motions was not extended. Defendants'

CASE NO. 15-21516-CIV-ALTONAGA/O'Sullivan

withdrawal of the Motion to Extend — after the deadline had expired — had no effect on either Plaintiffs' opportunity to file a timely motion for summary judgment or their notice the deadline had expired in due course.  Additionally, the Court does not find Plaintiffs are prejudiced by their failure to file a timely pre-trial motion because Defendants' Motion is not dispositive and because the Court retains the power to enter a judgment independent of the motion should the undisputed facts of the case unequivocally support Plaintiffs' position.  *See* FED. R. CIV. P. 56(f).

Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 67]** is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 19th day of January, 2016.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record