UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 15-21516-CIV-Altonga/O'sullivan

RUBEN DARIO QUINTERO and JESUS
QUINTERO and all others and similarly
Situated under 29 U.S.C. 216 (b),

        Plaintiffs,

vs.


FLEMING TRUCK SALES CORP.,
SANFER TRUCKS CORP, FLEMING
EQUIPMENT CORP,
LUIS F. CACEDA a/k/a FERNANDO
CACEDA, STEPHEN J. CACEDA, SANDRA
CACEDA,


        Defendants.

_____/

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO STAY CASE IN
REGARD TO BANKRUPTCY (ECF No. 72)**

        Defendants, by and through the undersigned counsel, hereby serve and file the

above-referenced Response and state as follows:

        1.      Defendants do not oppose a stay as to all Defendants. However,

Defendants contend that the case should be stayed indefinitely until each or both parties

move to lift the stay as to all or some Defendants.  Additional events beyond the

bankruptcy hearing mentioned by Plaintiffs may occur and affect the length of time that

any stay should be in effect.  Defendants would agree that the parties should jointly file a

status report every sixty (60) or ninety (90) days during the stay.

Respectfully submitted,


/s Gary A. Costales_
Gary A. Costales
Florida Bar No. 0948829
Law Offices of Gary A. Costales, P.A.
1200 Brickell Avenue, Suite 1440
Miami, Florida 33131
(305) 375-9510
(305) 375-9511(facsimile)
costalesgary@hotmail.com


## CERTIFICATE OF SERVICE

**I hereby certify** that on January 26, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


/s Gary A. Costales

## SERVICE LIST

*RUBEN DARIO QUINTERO ET AL V. FLEMING TRUCK SALES, CORP ET AL*
**CASE NO.: 15-21516-CIV-ALTONGA/O'SULLIVAN**
**United States District Court, Southern District of Florida**

J.H. Zidell, Esq.
E-mail: zabogado@aol.com

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Telephone: (305) 865-6766
Facsimile: (305) 865-7167
Attorney for Plaintiffs
Notice of Electronic Filing

Steven Fraser, Esq.
E-mail: *steven.fraser.esq@gmail.com*

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Telephone: (305) 865-6766
Facsimile: (305) 865-7167
Attorney for Plaintiffs
Notice of Electronic Filing

Gary A. Costales, Esq.
E-mail:costalesgary@hotmail.com

Gary A. Costales, P.A.
1200 Brickell Ave. Suite 1440
Miami, Florida 33131
Telephone: (305) 375-9510
Facsimile: (305) 375-9511
Attorney for Defendants
Notice of Electronic Filing