UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-21516-CIV-ALTONAGA/O'Sullivan

**RUBEN DARIO QUINTERO**, *et al.*,

    Plaintiffs,
vs.

**FLEMING TRUCK SALES CORP.**, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on the Motion to Stay Case in Regard to Bankruptcy ("Motion") [ECF No. 72] and Defendants' Response . . . [ECF No. 74]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 72]** is **GRANTED**. This case is **ADMINISTRATIVELY CLOSED**, and all pending motions are **DENIED** as moot. The parties shall file status reports, every sixty (60) days beginning on February 26, 2016, advising of the progress of the bankruptcy proceedings referenced in the Motion, and the ability of all parties to fully participate in this litigation. Any party may move to reopen this case, in compliance with Local Rule 7.1(a)(3).

**DONE AND ORDERED** in Miami, Florida this 27th day of January, 2016.

                                                _____
                                                **CECILIA M. ALTONAGA**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record