UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-21516-CIV-ALTONAGA/O'Sullivan

**RUBEN DARIO QUINTERO**, *et al.*,

    Plaintiffs,
v.

**FLEMING TRUCK SALES CORP.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. The Order of March 11, 2016 [ECF No. 78] required Defendants Fleming Truck Sales Corp., Sanfer Trucks Corp., and Fleming Equipment Corp., to retain new counsel and have new counsel file an appearance by March 25, 2016. The Court also instructed Defendants, Fernando Caceda, Stephen J. Caceda, and Sandra Caceda, to do the same or file a notice of intent to proceed *pro se* by the same date. (*See generally id.*). To date, no Defendant has complied. Accordingly, it is

**ORDERED AND ADJUDGED** that by **April 1, 2016**, Defendants shall comply with the March 11, 2016 Order, failing which Plaintiffs will be instructed to file a motion for default judgment.

**DONE AND ORDERED** in Miami, Florida, this 28th day of March, 2016.

                                              **CECILIA M. ALTONAGA**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record