UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-21516-CIV-ALTONAGA/O'Sullivan

**RUBEN DARIO QUINTERO**, *et al.*,

    Plaintiffs,
v.

**FLEMING TRUCK SALES CORP**, *et al.*,

    Defendants.
_____/

## ORDER

    **THIS CAUSE** came before the Court *sua sponte*. The Order of March 11, 2016 [ECF No. 78] required Defendants, Fleming Truck Sales Corp.; Sanfer Trucks Corp.; and Fleming Equipment Corp., to retain new counsel and have counsel file a notice of appearance by March 25, 2016; and required Defendants, Luis F. Caceda; Stephen J. Caceda; and Sandra Caceda, to do the same or file a notice of intent to proceed *pro se* by March 25, 2016. The Order of March 29, 2016 [ECF No. 81] extended the time in which to comply to April 1, 2016. To date, no Defendant has complied. Accordingly, it is

    **ORDERED AND ADJUDGED** that Plaintiffs shall submit a *motion for entry of Clerk's default* no later than **April 8, 2016**. Plaintiffs' failure to file the *motion for entry of Clerk's default* within the specified time may result in **dismissal** without prejudice and without further notice.

    **DONE AND ORDERED** in Miami, Florida, this 4th day of April, 2016.

                                                                            **CECILIA M. ALTONAGA**
                                                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record