UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:15-21516-CIV-ALTONAGA/O'SULLIVAN

RUBEN DARIO QUINTERO and JESUS )
QUINTERO and all others similarly situated )
under 29 U.S.C. 216(b), )
　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　Plaintiff, )
　　vs. )
　　　　　　　　　　　　　　　　　　　　 )
FLEMING TRUCK SALES, CORP, )
SANFER TRUCKS CORP, )
FLEMING EQUIPMENT CORP, )
LUIS F CACEDA a/k/a FERNANDO )
CACEDA, )
STEPHEN J CACEDA, )
SANDRA CACEDA, )
　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　Defendants. )
_____ )

## MOTION FOR CLERK'S DEFAULT

Plaintiffs, by and through the undersigned counsel, hereby file this Motion for Clerk's Default as to Defendants, SANFER TRUCKS CORP.; FLEMING EQUIPMENT CORP; STEPHEN J. CACEDA, and SANDRA CACEDA and state as follows:

1. On March 11, 2016, this Court entered an Order to retain new counsel as to Defendants, FLEMING TRUCK SALES, CORP; SANFER TRUCKS CORP.; FLEMING EQUIPMENT CORP by March 25, 2016.  [DE 78]

2. The Order also instructed the Defendants LUIS F CACEDA a/k/a FERNANDO CACEDA, STEPHEN J. CACEDA, and SANDRA CACEDA to retain new counsel or file a notice of intent to proceed pro se by March 25, 2016. [DE 78]

3. The Court extended the time for Defendants to comply until April 1, 2016.  [DE 81]

4.	On April 4, 2016, this Court ordered Plaintiffs to submit a motion for entry of Clerk's default because no Defendants have complied with the Court's Orders to date.  [DE 82]

5.	One March 8, 2013, Luis Fernando Caceda filed for Chapter 7 Bankruptcy in 13-bk-15368 within the Bankruptcy Court for the Southern District of Florida.

6.	On March 8, 2013, Fleming Truck Sales Corp also filed a petition in Chapter 7 in the United States Bankruptcy Court for the Southern District of Florida in 13-bk-15371.

7.	On November 3, 2015, the Trustee in Luis Caceda's matter moved the court to vacate Luis Caceda's discharge [13-bk-15368; DE 86].  That hearing is scheduled for April 26, 2016.

8.	Due to the above pending bankruptcy petitions, Plaintiff is not seeking a default against Defendants, FLEMING TRUCK SALES, CORP and LUIS F CACEDA a/k/a FERNANDO CACEDA.[1]

WHEREFORE, Plaintiffs request that defaults be entered against Defendants, SANFER TRUCKS CORP., FLEMING EQUIPMENT CORP, STEPHEN J. CACEDA, and SANDRA CACEDA.

Respectfully submitted this 5th day of April, 2016.

/s/ Allyson Kutner Morgado
Allyson Kutner Morgado. Esq.
Florida Bar No. 110359
E-mail: amorgado.jhzidell@gmail.com

J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, Florida  33141
Telephone: 305.865.6766
Facsimile: 305.865.7167

---

[1] Plaintiff has searched the Southern District of Florida Bankruptcy records and the other Defendants were not found to be parties in any pending bankruptcy petition.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was submitted via CM/ECF and that no counsel has filed a Notice of Appearance in this case.

J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766

By:  /s/ *Allyson Kutner Morgado*
Allyson Kutner Morgado
Florida Bar Number: 91506
