UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUBEN DARIO QUINTERO, et al.

PLAINTIFF(S)

v.

FLEMING TRUCK SALES, CORP, et al.,

DEFENDANT(S).

CASE NUMBER
1:15−cv−21516−CMA

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Fleming Truck Sales Corp.
Sanfer Trucks Corp
Fleming Equipment Corp.,
Stephen J. Caceda
Sandra Caceda**

as of course, on the date April 6, 2016.

**STEVEN M. LARIMORE**
CLERK OF COURT

By  /s/ *Crystal Barnes−Butler*
Deputy Clerk

cc:  Judge Cecilia M. Altonaga
     Ruben Dario Quintero

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)