UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:15-21516-CIV-ALTONAGA/O'SULLIVAN

RUBEN DARIO QUINTERO and JESUS )
QUINTERO and all others similarly situated )
under 29 U.S.C. 216(b), )
                )
    Plaintiff, )
vs. )
                )
FLEMING TRUCK SALES, CORP, )
SANFER TRUCKS CORP, )
FLEMING EQUIPMENT CORP, )
LUIS F CACEDA a/k/a FERNANDO )
CACEDA, )
STEPHEN J CACEDA, )
SANDRA CACEDA, )
                )
    Defendants. )
_____ )

## BANKRUPTCY STATUS REPORT

Pursuant to this Court's Order [DE 75], Plaintiffs, by and through undersigned counsel, file this Bankruptcy Status Report and state as follows:

1. On August 24, 2016, Trustee Marcia T Dunn, filed a Notice to Withdraw Document and Cancelling Hearing Scheduled for August 30, 2016, at 2:00 p.m. in Case No.: 13-15368-BKC-AJC [ECF No. 109].

2. On August 31, 2016, Trustee Marcia T Dunn filed an Objection to Claim of Leo Martin Reyes Garcia, Steven Antonio Gonzaga Mendez, and J.H. Zidell, P.A.

3. According to the Objection to Claim, J.H. Zidell, P.A. has thirty (30) days to file an objection thereto.

4. As such, the undersigned will file a Bankruptcy Status Report with the Court in thirty (30) days to inform the Court with respect to the aforementioned objection.

Respectfully Submitted,

Allyson Morgado, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167

By: /s/ *Allyson Morgado*
Allyson Morgado
Florida Bar No.: 91506
Email: amorgado.jhzidell@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that as of September 9, 2016 that this matter has been filed with the CM/ECF system for the United States District Court for the Southern District of Florida, and served by CM/ECF and U.S. Mail on all counsel or parties of record in the Service List below.

Allyson Morgado, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167

By: /s/ *Allyson Morgado*
Allyson Morgado
Florida Bar No.: 91506
Email: amorgado.jhzidell@gmail.com

## SERVICE LIST

Fleming Truck Sales, Corp
c/o Luis Caceda
13477 SW 144th Terrace
Miami, FL 33186

PRO SE

Sanfer Trucks Corp
C/O Stephen Caceda
15520 SW 85th Ave
Miami, FL 33157
PRO SE

Fleming Equipment Corp
C/O Luis Caceda
14103 WS 129th Path
Miami, FL 33186
PRO SE

Luis F. Caceda
14103 SW 129th Path
Miami, FL 33186
PRO SE

Stephen J Caceda
10400 NW 74th Street
Apt. 307
Doral, FL 33178
PRO SE

Sandra Caceda
14103 SW 129th Path
Miami, FL 33186
PRO SE